IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALDEN PAULINE, JR.,, ) | CIV. NO. 06-00459 HG-BMK |
| ) | |
| Plaintiff(s),  ) | |
| ) | |
| vs.  ) | |
| ) | |
| SGT. MATT MANUMA,,  ) | |
| ) | |
| Defendant(s).  ) | |
| _____ ) | |
| ____  ) | CIV. NO. 06-00522 HG-BMK |
| ALDEN PAULINE, JR.,,  ) | |
| ) | |
| Plaintiff(s),  ) | |
| ) | |
| vs.  ) | |
| ) | |
| M.D. DEWITT,  ) | |
| ) | |
| Defendant(s).  ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION TO DENY DEFENDANT MANUMA'S
MOTION FOR SUMMARY JUDGMENT AND ORDER DENYING
PLAINTIFF'S MOTION TO AMEND COMPLAINT

Findings and Recommendation having been filed and served on all parties on October 7, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C)

and Local Rule 74.2, the Findings and Recommendation, document no. 70, are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, October 27, 2008.



                                           /s/ Helen Gillmor

                                          Chief United States District Judge