IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ALDEN PAULINE, JR., #A0256259 | ) ) ) | 1:06-CV-00459-HG-BMK |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| SGT. MATT MANUMA, Defendant. | ) ) ) | |
| ___ ALDEN PAULINE, JR., #A0256259 | ) ) ) ) | CIV. NO. 06-00522 HG-BMK |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| M.D. DEWITT, Defendant. | ) ) ) ) | |

### ORDER MODIFYING AND ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 8, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation, (Doc. 71), are adopted as the opinion and order of this

Court with the following exception that Page 3, Footnote 2 shall be amended as follows:

> On August 24, 2006, Plaintiff filed a civil rights complaint against Sgt. Matt Manuma. *See Pauline v. Manuma*, Civ. No. 06-00459 HG-BMK. On October 18, 2006, the Court consolidated the two actions.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 5, 2008.



                                          **/s/ Helen Gillmor**

                                          Chief United States District Judge

cc:all parties of record